```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
```
VIKKI D. LEWIS, individually and on behalf
of all other persons similarly situated,

                          Plaintiff,                           **ORDER**
           -against-                                    CV 06-1308 (DRH)(ARL)

NATIONAL FINANCIAL SYSTEMS, INC.,

                          Defendant.
```
-------------------------------------------------------------X
```

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiffs' letter application dated September 20, 2007, seeking to have the court reconsider its September 12, 2007 order denying the plaintiffs' application to equitably toll the limitation period for the potential opt-in collective action members. The defendant opposes the motion by letter dated September 21, 2007. The motion is not a proper motion. To succeed on this motion for reconsideration, the plaintiffs must show that the Court overlooked controlling decisions or factual matters that were put before it on the underlying motion. *See* Local Civil Rule 6.3. The plaintiff was given a full opportunity to submit cases to the court before it reached its September 12th decision and missed one. Thus, the motion, which is based on "additional supplemental authority" is denied.

Dated:  Central Islip, New York                        **SO ORDERED:**
         September 24, 2007

                                                                      _____/s/_____
                                                                    ARLENE R. LINDSAY
                                                                    United States Magistrate Judge